CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 16 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ULYSSES KELLY, <br> # 209598, <br> Plaintiff, | Civil Action No. 7:05cv00748 |
| v. | **FINAL ORDER** |
| ROBINSON, et al., <br> Defendants. | By: Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and all other pending motions are hereby **DENIED as MOOT**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 6th day of December, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge